# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00005-CV

### Philip Robert Terranella, Appellant

### v.

### Chaoyueh Kent, Appellee

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-FM-06-002760, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Philip Robert Terranella and appellee Chaoyueh Kent have filed an agreed motion to dismiss the appeal. The parties have agreed that costs are to be paid by the party incurring same. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Agreed Motion

Filed: May 3, 2007